AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-14571 | DATE FILED<br>11/23/2026 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Ciro Marchetti | The Partnerships and Unincorporated Associations Identifie |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Perez | 11/24/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-469-176**
**Effective Date of Registration:**
September 11, 2025
**Registration Decision Date:**
December 02, 2025

## Title

**Title of Work:** 16277 Tarot Town (Variant 1)

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** November 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Ciro Marchetti
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ciro Marchetti
2658 Palmer Place, Weston, FL, 33332, United States

## Limitation of copyright claim

**Material excluded from this claim:** Floating Castle,Clock with Zodiac Symbols,Hot Air Balloons,Flying Ship, Rainbow Arcs,Floating Bridges and Structures, and Sky Background

**New material included in claim:** artistic arrangement, composition, and filter

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm
**Date:** September 11, 2025
**Applicant's Tracking Number:** CM2025091102



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-469-179**
**Effective Date of Registration:**
September 11, 2025
**Registration Decision Date:**
December 02, 2025

## Title

**Title of Work:** 31282 Ye Old Christmas Shop

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Ciro Marchetti
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ciro Marchetti
2658 Palmer Place, Weston, FL, 33332, United States

## Limitation of copyright claim

**Material excluded from this claim:** Christmas Trees,Gifts and Presents,Toys,Decorations,Holiday Scenery and Background

**New material included in claim:** Artistic arrangement, composition, and filter

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 11, 2025 |
| **Applicant's Tracking Number:** | CM2025091104 |



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-469-816**
**Effective Date of Registration:**
September 11, 2025
**Registration Decision Date:**
December 04, 2025

## Title

**Title of Work:** 27199 Zodiac Pisces

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 04, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Ciro Marchetti
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ciro Marchetti
2658 Palmer Place, Weston, FL, 33332, United States

## Limitation of copyright claim

**Material excluded from this claim:** Two Koi Fish,Golden Pisces Zodiac Symbol,Radiant Glow, and Cosmic Background

**New material included in claim:** Artistic arrangement, composition, and filter

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 11, 2025 |
| **Applicant's Tracking Number:** | CM2025091105 |



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-495-081**

**Effective Date of Registration:**
September 18, 2025
**Registration Decision Date:**
April 10, 2026

## Title

**Title of Work:** 17931 Aztec Montage

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 14, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Ciro Marchetti
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ciro Marchetti
2658 Palmer Place, Weston, FL, 33332, United States

## Limitation of copyright claim

**Material excluded from this claim:** two feathered dancers, parrots, a stone idol, a toucan, a monkey, a regal figure in a feathered headdress, a serpent, fire on an altar, pyramids in the background

**New material included in claim:** Artistic arrangement, composition, and filter

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm
**Date:** September 18, 2025
**Applicant's Tracking Number:** CM2025091103

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-315**
**Effective Date of Registration:**
September 11, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** 30166 Jungle Wildlife

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Ciro Marchetti
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ciro Marchetti
2658 Palmer Place, Weston, FL, 33332, United States

## Limitation of copyright claim

**Material excluded from this claim:** Wild Animals,Birds,Trees and Foliage,Jungle Vegetation and Flowers

**New material included in claim:** Artistic arrangement, composition, and filter

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm
**Date:** September 11, 2025
**Applicant's Tracking Number:** CM2025091107

